IN THE SUPREME COURT OF TEXAS

 No. 07-0808

 IN RE CNA LLOYDS OF TEXAS, ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed October 3, 2007,
is granted. The Order on Plaintiffs' Motion to Compel Discovery and
Motion for Entry of Confidentiality Order issued April 19, 2007, in Cause
No. C-2198-04-B, styled Anna Alvarado, et al. v. Texas Mutual Insurance
Company, et al., in the 93rd District Court of Hidalgo County, Texas, is
stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 14, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk